Michael D. Michel, Esq.      (SBN 062131)
Jeff M. Fackler, Esq.        (SBN 142101)
Jonathan W. Heck, Esq.       (SBN 217947)
MICHEL & FACKLER
A Professional Corporation
Watergate Office Towers
2000 Powell Street, Suite 1000
Emeryville, California 94608
Telephone:   (510) 547-7319
Facsimile:   (510) 547-7320

Attorneys for Plaintiff
GREGORY WILLIAM JONES

CYNTHIA L. MELLEMA, ESQ. (State Bar No. 122798)
LETITIA R. KIM, ESQ. (State Bar No. 200142)
SONNNENSCHEIN NATH & ROSENTHAL, LLP
685 Market Street, 6th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472

Attorneys for Defendant
THE GLENS FALLS INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WILLIAM JONES,<br><br>Plaintiff<br><br>vs.<br><br>THE GLENS FALLS INSURANCE COMPANY and DOES 1 through 100,<br><br>Defendants. | Case No. C 05-00881 SC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>ORDER |

The parties to this action, plaintiff Gregory William Jones ("plaintiff") and defendant The Glens Falls Insurance Company ("defendant"), by and through their respective counsel of record, hereby enter into this Stipulation for Dismissal with Prejudice of the above-captioned action and

/ / /

/ / /

/ / /

plaintiff's complaint therein pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his and/or its own attorneys fees and costs.

It is SO STIPULATED:

Dated: October **27**, 2005

MICHEL & FACKLER
A Professional Corporation

By _____
Michael D. Michel, Esq.
Attorneys for Plaintiff
GREGORY WILLIAM JONES

Dated: October **28**, 2005

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
CYNTHIA L. MELLEMA
LETITIA R. KIM

Attorneys for Defendant
THE GLENS FALLS INSURANCE COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti
11/3/05

# CERTIFICATE OF SERVICE

I, Katherine Carr James, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 685 Market Street, 6th Floor, San Francisco, California 94105.

On October 31, 2005, I served a copy of the following document entitled:

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the interested parties in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

**Michael D. Michel Esq**
**Jonathan W. Heck Esq**
**MICHEL & FACKLER**
**A Professional Corporation**
**Watergate Office Towers**
**2000 Powell Street, Suite 1000**
**Emeryville, CA 94608**

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly maintained by Federal Express.

☐ HAND DELIVERY: I caused such document to be served by hand delivery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 31, 2005, at San Francisco, California.

_Katherine Carr James_
Katherine Carr James